**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-02961-PAB-KMT | Date: | January 7, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                              *Counsel:*

CHARLES D. LEONE, II,                                      Randolph Freking
                                                                              Elizabeth Smith

   Plaintiff,

v.

STEVEN C. OWSLEY, and                                    Brett Painter
DREW M. HAYWORTH,

   Defendants.

**COURTROOM MINUTES**

**FINAL PRETRIAL CONFERENCE/MOTION HEARING**

**9:31 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding the characterization of Mr. Hoffman's report, production of financial records, and Assets Under Management issues.

Court's comments.

**ORDERED: Neither Plaintiff's nor Defendants' experts shall be allowed to reference the current financial conditions of the subject company in their testimony at trial. To the extent Defendants' experts have included such information in their expert reports, such information shall be redacted. The Defendants are directed to provide proposed redacted expert reports to Plaintiff on or before January 17, 2014. Plaintiff shall review the redacted reports on or before January 21, 2014 and may file objections, after meaningful conferral, to the reports insofar as Plaintiff determines the redactions do not accurately reflect this court's order herein. Such objections, if any, shall be due on or before January 24, 2014.**

**ORDERED:** Defendants' Motion to Strike Plaintiff's Surrebuttal Expert Disclosures [77] is GRANTED.  Mr. Hoffman's surrebuttal report [71] is STRICKEN.

**ORDERED:** Plaintiff may file a supplemental response to the summary judgment motion [69] on or before January 24, 2014.  Defendants may file a supplemental reply to Plaintiff's supplemental response to the summary judgment motion on or before February 7, 2014.

Trial Preparation Conference is set for April 14, 2014 at 1:30 p.m. and a 5 day trial is set for May 13, 2014 at 8:00 a.m. before District Judge Philip A. Brimmer.

Discussion regarding trial to court or trial to jury.

**ORDERED:** Defendants may file a motion to strike the Plaintiff's demand for a jury trial on or before January 28, 2014.

Discussion regarding numbering system of the exhibit lists.

Court reviews Judge Brimmer's practice standards with counsel.

**ORDERED:** Parties are directed to submit an amended proposed Final Pretrial Order on or before January 9, 2014, as stated on record.

Discussion regarding objections to the timely submission of witnesses and exhibits.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**10:15 a.m.    Court in recess.**

Hearing concluded.
Total in-court time    00:44

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.