IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02961-PAB-KMT

CHARLES D. LEONE, II,

    Plaintiff,

v.

STEVEN C. OWSLEY and
DREW M. HAYWORTH,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 141] of Judge Philip A. Brimmer entered on April 10, 2014, it is

**ORDERED** that Defendants' Motion for Summary Judgment and Supporting Brief (filed under restrictions) [Docket No. 72] filed by defendants Steven C. Owsley and Drew M. Hayworth is **GRANTED**. It is further

**ORDERED** that judgment is hereby entered in favor of defendants and against the plaintiff, CHARLES D. LEONE. It is further

**ORDERED** that defendants STEVEN C. OWSLEY and DREW M. HAYWORTH are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

**ORDERED** that this case is **CLOSED.**

Dated at Denver, Colorado this 11th day of April, 2014.

          FOR THE COURT:
          JEFFREY P. COLWELL, CLERK

       By:  s/   Kathy Preuitt-Parks

          Kathy Preuitt-Parks
          Deputy Clerk