IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02961-PAB-KMT

CHARLES D. LEONE, II,

    Plaintiff,

v.

STEVEN C. OWSLEY and
DREW M. HAYWORTH,

    Defendants.

_____

# ORDER
_____

    Pursuant to the Order of the United States Court of Appeals for the Tenth Circuit [Docket No. 150] and the mandate which issued on December 17, 2015 [Docket No. 152] it is

    **ORDERED** that the Order granting defendants' motion for summary judgment and denying defendants' motion to strike plaintiff's jury demand [Docket No. 141] and the Judgment [Docket No. 142] are vacated.  It is further

    **ORDERED** that counsel shall jointly contact Chambers via conference call (303-335-2794) no later than December 23, 2015 to schedule a trial and trial preparation conference.

    DATED December 18, 2015.

                                                  BY THE COURT:

                                               s/Philip A. Brimmer
                                               PHILIP A. BRIMMER
                                               United States District Judge